```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
NORTH JERSEY MEDIA GROUP, INC., :
:
              Plaintiff, :
:    No. 13 Civ. 0582 (RA)
-v- :
:    ORDER
ARMEN PETROSSIAN, ITALIAN CHARMS :
MARKET, ITALIAN CHARMS, INC. and :
ITALIAN CHARMS BRACELET, INC., :
:
              Defendants. :
:
----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

    On January 25, 2013, Plaintiff brought this action against Defendant Italian Charms Market. Armen Petrossian, CEO of Italian Charms Market, attempted to file a notice of appearance and answer on behalf of Defendant Italian Charms Market. This filing was rejected because Mr. Petrossian was not a party to the case and is not an attorney capable of representing Italian Charms Market. A corporation may not appear *pro se* but must retain counsel. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993). On February 21, 2013, Plaintiff filed an amended complaint naming Armen Petrossian, Italian Charms, Inc. and Italian Charms Bracelet, Inc. as defendants in this action. Accordingly, it is hereby:

    ORDERED that all corporate defendants retain counsel who shall file a notice of appearance in this matter by March 29, 2013. If any of the corporate defendants need additional

time to retain counsel, they shall notify the Court by such date.

SO ORDERED.

Dated:     March 4, 2013
           New York, New York

_____
Ronnie Abrams
United States District Judge