```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

NORTH JERSEY MEDIA GROUP INC.,         :

                Plaintiff,             :

        -against-                      :   13 Civ. 0582 (RA)

ARMEN PETROSSIAN, ITALIAN CHARMS       :   ECF Case
MARKET, ITALIAN CHARMS, INC., AND
ITALIAN CHARMS BRACELET, INC.,         :

                Defendants.            :

- - - - - - - - - - - - - - - - - - - -x
```

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff North Jersey Media Group Inc. hereby dismisses its claims against defendants Armen Petrossian, Italian Charms Market, Italian Charms, Inc. and Italian Charms Bracelet, Inc. in the above action without prejudice and without costs.

Dated:  New York, New York          DUNNEGAN & SCILEPPI LLC
        March 27, 2013

                                    By _____
                                       William Dunnegan (WD0415)
                                       wd@dunnegan.com
                                       Samantha Morrissey (SM1210)
                                       sm@dunnegan.com
                                    Attorneys for Plaintiff
                                    350 Fifth Avenue
                                    New York, New York 10118
                                    (212) 332-8300

5